LUV N' CARE LTD, Plaintiff–Appellant,

v.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, Avent Ltd., and Koninklijke Philips N.V., Defendants–Appellees.

No. 2014–1007.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2014.

Edward David Manzo, Husch Blackwell LLP, of Chicago, IL, argued for plaintiff-appellant.

Frank A. Decosta, III, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Aaron L. Parker and Lillian M. Robinson.

PROST, Chief Judge, PLAGER and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.